O

JS - 6

cc:order, docket, remand letter to
Los Angeles Superior Court, Alhambra
No 11 U 00223

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NOBO CAPITAL, LLC, | ) | Case No. CV 11-05824 DDP (JEMx) |
| Plaintiff, | ) | **ORDER GRANTING MOTION TO REMAND** |
| v. | ) | [Motion filed on August 15, 2011] |
| GENICHI ITO, SHIJIYO ITO, | ) | |
| Defendants. | ) | |

Presently before this court is Plaintiff's Motion to Remand and For Costs For Defective Removal. Because Defendants have not filed an opposition, the court GRANTS the motion.

This is an action that arises from an unlawful detainer and complaint filed by Plaintiff on March 21, 2011, in the Superior Court of California, County of Los Angeles, Northeast District. Plaintiff's claim arises from Defendants' failure to comply with a Three Day Notice to Quit after Plaintiff purchased real property located at 2301 S.4th Ave., Arcadia, California 91006 through Trustee's sale. (Compl. ¶ 5-6.) Plaintiff seeks declaratory and injunctive relief to take immediate possession of the premises and evict Defendants. (Compl. ¶ 10.) Defendants removed this action

1 to the United States District Court, Central District of
2 California, Eastern Division, on July 14, 2011.
3    On August 15, 2011, Plaintiff filed a Motion to Remand and For
4 Costs For Defective Removal and Lack of Federal Question.  A
5 hearing on Plaintiff's Motion to Remand was set for September 12,
6 2011.
7    Pursuant to Local Rule 7-9, a party opposing a motion is
8 required to file an opposition no later than twenty-one days before
9 the hearing.  C.D. Cal. Local R. 7-9.  Failure to file an
10 opposition within the deadline may be deemed consent to granting
11 the motion.  C.D. Cal. Local R. 7-12.  Therefore, Defendants'
12 opposition was due on August 22, 2011.  As of the date of this
13 Order, Defendants have not filed an opposition, or any other filing
14 that could be construed as an opposition to Plaintiff's Motion to
15 Remand.  Accordingly, the court regards Defendants' failure to
16 oppose to be consent to granting Plaintiff's motion.
17    For the reasons set forth above, the court GRANTS Plaintiff's
18 Motion to Remand.  Plaintiff's request for an order awarding
19 Plaintiff costs is DENIED.

22 IT IS SO ORDERED.

25 Dated: September 6, 2011

              DEAN D. PREGERSON
              United States District Judge